24    APPELLATE COURTS OF ILLINOIS.

William J. Newman Co. v. San. Dist. of Chicago, 210 Ill. App. 24.

## William J. Newman Company, Appellant, v. Sanitary District of Chicago, Appellee.

### Gen. No. 23,204.   (Not to be reported in full.)

Appeal from the County Court of Cook county; the Hon. ANDREW D. WEBB, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1917. Affirmed. Opinion filed March 13, 1918. Rehearing denied March 25, 1918.

### Statement of the Case.

Action by William J. Newman Company, a corporation, plaintiff, against Sanitary District of Chicago, defendant, to recover damages for injuries to plaintiff's derrick rented to defendant. From a judgment for defendant, plaintiff appeals.

ADAMS, CREWS, BOBB & WESCOTT, for appellant.

EDMUND D. ADCOCK, for appellee; JOHN F. BOLTON, of counsel.

MR. PRESIDING JUSTICE TAYLOR delivered the opinion of the court.

### Abstract of the Decision.

BAILMENT, § 26*—*when instruction on care required of bailee is proper.* An instruction that "the court instructs the jury that, as a matter of law the bailee, in a mutual bailment, is not an insurer of the property bailed, but is bound to exercise ordinary and reasonable care, or the care that a reasonably prudent man would take of similar property under similar conditions. If the jury finds such a reasonable care has been exercised, they will return a verdict for the defendant," *held* proper, in an action to recover damages for injuries to a machine rented by plaintiff to defendant.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.